## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
APRIL 17, 2019
CHIEF DISTRICT JUDGE SHELLY D. DICK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **18-42-SDD-EWD** |
| **HENRY K. RAYBORN** | |

This cause came on this day for *Sentencing*.

PRESENT:   **Fred Menner, Esq.**
　　　　　　**Counsel for United States**

　　　　　　**Mark Upton, Esq.**
　　　　　　**Counsel for Defendant**

Counsel make appearances.

There are no objections to the *Presence Report*.

Court adopts the factual basis presented in the *Presentence Investigation Report* and imposes *Sentence.* The Defendant is advised of his appeal rights and remanded to the United States Marshal.

　　　　　　　　　　　　　　* * * * *

Reporter: Shannon Thompson
Cr51b/1.0