# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

HENRY K. RAYBORN.

CRIMINAL ACTION

18-42-SDD-EWD

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Erin Wilder-Doomes., dated February 22, 2022, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that based on the opinion and recommendation issued by forensic psychologist, Dr. Alicia Gilbert, and without objection from the parties, Defendant Henry K. Rayborn is found competent to proceed in this matter because he does not appear to be currently suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense.

---

[1] Rec. Doc. 62.

**IT IS FURTHER ORDERED** that this matter is referred back to the Magistrate Judge for completion of the preliminary revocation hearing in this matter.

Signed in Baton Rouge, Louisiana the 14 day of March, 2022.

_____
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA